| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | DARIN ROCK |
| | Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00192-SAB |
|---|---|
| Plaintiff, | [Citations #6354927 and 6354928 CA/51] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| RAJVINDER SINGH, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case Nos. 1:17-po-00192-SAB [Citations #6354927 and 6354928] against Rajvinder Singh without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 6, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By: /s/ Darin Rock
　　　　　　　　　　　　　　　　　　　　　　DARIN ROCK
　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00192-SAB [Citations #6354927 and 6354928] against Rajvinder Singh be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 7, 2017**

_____
UNITED STATES MAGISTRATE JUDGE